IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| SHIRLEY ANDRSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> WALMART STORES EAST, LP ) <br> ) <br> ) <br> Defendant. ) | CIVIL ACTION <br> FILE NO. _____ |

**<u>DEFENDANT'S NOTICE OF REMOVAL</u>**

Pursuant to 28 USC §1446, Defendant files this Notice of Removal in the United States District Court for the Middle District of Georgia, Columbus Division, and evokes this Court's jurisdiction over the above-styled civil action on the following grounds:

1.

This personal injury action was commenced on April 14, 2023, by the filing of the original Summons and Complaint in the State Court of Muscogee County, Georgia, styled *Shirley Anderson v. Walmart Stores East, LP*, Civil Action File No. SC2023CV000418. Attached hereto as **Exhibit A** are copies of all pleadings received by Defendant in such action to date. Paragraph No.2 of Plaintiff's

Complaint confirms she is a resident of the State of Alabama.

2.

Defendant was served with Plaintiff's Complaint on April 19, 2023. Defendant filed its Special Appearance Answer and Defenses with the State Court of Muscogee County. (See **Exhibit B**, attached hereto).

3.

A copy of the Notice of Filing Removal, filed in the State Court of Muscogee County, Georgia, is attached hereto as **Exhibit C**.

4.

Pursuant to 28 USC §1332, the United States District Court "shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states."

5.

Defendant Walmart Stores East, LP is a limited partnership existing under the laws of the State of Delaware. (See Exhibit A, Plaintiff's Complaint ¶ 5). WSE Management, LLC is the general partner of Defendant Wal-Mart Stores East, LP and WSE Investment, LLC is the limited partner. The sole member of WSE Management, LLC and WSE Investment, LLC is Wal-Mart Stores East, LLC (f/k/a Wal-Mart Stores East, Inc.), an Arkansas limited liability company. Wal-Mart Stores

East, Inc. was converted to an Arkansas limited liability company on January 25, 2011. Wal-Mart Stores East, LLC is a wholly-owned subsidiary of Wal-Mart Stores, Inc. All of these entities are foreign corporations and are diverse in citizenship from Plaintiff's state of citizenship, Alabama.

6.

This Notice of Removal is timely filed, as Defendant was served with Plaintiff's Complaint on April 19, 2023. See 28 USC §1446(b).

7.

Plaintiff's Complaint alleges causes of action based on negligence and negligent training and supervision. (Exhibit A, Plaintiff's Complaint ¶¶ 14 - 24). Plaintiff alleges that on September 17, 2019, she fell on water in the Wal-Mart store in Columbus, Georgia and suffered bodily injuries. (Exhibit A, Plaintiff's Complaint ¶ 4-12).

8.

In her pre-suit demand, made by Plaintiff's counsel on March 21, 2023, Plaintiff claimed that her related medical special damages total $176,349.12. These medicals included a low back surgery at Piedmont Columbus Regional Medical Center. The demand by which Plaintiff valued her claim was for $1,000,000. (**Exhibit D**, Plaintiff's Demand).

9.

Based on the foregoing, the amount in controversy, exclusive of interest and costs, is open-ended and potentially exceeds the sum of $75,000. Plaintiff herself believes the value of her case is over $75,000, as she claims her general damages amount to a least $176,670.73 and demanded $1,000,000 for settlement. (**Exhibit D**).

10.

This Court has jurisdiction over this matter pursuant to 28 USC §1332(a) because complete diversity exists between the parties and the amount in controversy is open-ended and potentially exceeds $75,000.

11.

By service of a copy of this Notice of Removal as evidenced by the Certificate of Service attached, Defendant gives notice of such removal to Plaintiff.

WHEREFORE, Defendant prays that this Court recognize and exercise jurisdiction over this claim from the State Court of Muscogee County, Georgia, and that this action proceed as removed under this Court's jurisdiction pursuant 28 USC §1332.

*[SIGNATURE PAGE FOLLOWS]*

- 5 -

This 19th day of May, 2023.

             **DREW, ECKL & FARNHAM, LLP**

             */s/ Franklin T. Coleman, IV*
             Michael L. Miller
             Georgia Bar No.
             Franklin T. Coleman, IV
             Georgia Bar No. 177580
             Bianca C. Webb
             Georgia Bar No. 770459
             *Attorneys for Defendant*

303 Peachtree Street, N.E.
Suite 3500
Atlanta, Georgia 30308
(404) 885-1400
mmiller@deflaw.com
webbB@deflaw.com

1604 W. Third Ave.
Albany, GA 31707
229/431-3036
colemanf@deflaw.com

13525690v1
05695-215946

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| SHIRLEY ANDRSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION |
| ) | FILE NO. |
| ) | |
| WALMART STORES EAST, LP ) | |
| ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I certify that I have this day filed the foregoing ***Defendants' Notice of Removal*** electronically using the CM/ECF system, which automatically sends a digital copy to counsel of record, as required by this Court, and via email addressed to counsel of record as follows:

Mark A. Casto
The Mark Casto Law Firm, PC
23 12th Street, Suite 808
Columbus, GA 31901
mark@thecastolawfirm.com

This 19th day of May, 2023.

*[SIGNATURE PAGE FOLLOWS]*

- 7 -

                              **DREW, ECKL & FARNHAM, LLP**

                              */s/ Franklin T. Coleman, IV*
                              Franklin T. Coleman, IV
                              Georgia Bar No. 177580

1604 W. Third Ave.
Albany, GA 31707
229/431-3036
colemanf@deflaw.com