IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

|  |  |  |
|---|---|---|
| SHIRLEY ANDERSON, | ) | |
| | ) | CIVIL ACTION |
| Plaintiff, | ) | FILE NO.:  4:23-CV-00084(CDL) |
| | ) | |
| v. | ) | |
| | ) | |
| WALMART STORES EAST, LP, | ) | |
| | ) | |
| Defendant. | ) | |

## **NOTICE OF SETTLEMENT**

Come now the parties in the above-styled action, by and through their respective counsel of record and hereby give notice that the parties have settled the subject litigation.

Respectfully submitted this 22nd day of February, 2024.

CONSENTED TO BY COUNSEL FOR THE PARTIES:

| | |
|---|---|
| */s/Mark A. Casto* _ | */s/ Franklin T. Coleman, IV* |
| Mark A. Casto | Michael L. Miller |
| GA Bar No. 116148 | Georgia Bar No. 508011 |
| | Franklin T. Coleman, IV |
| The Mark Casto Law | GA Bar No. 177580 |
| Firm, P.C. | |
| 233 12th St, Suite 808 | Drew Eckl Farnham |
| Columbus, GA 31901 | 303 Peachtree St, NE |
| Tel: (706)940-4030 | Atlanta, GA 30308 |
| mark@thecastolawfirm.com | (404) 885-1400 |
| | millerm@deflaw.com |
| | colemanf@deflaw.com |
| *Counsel for Plaintiff* | |
| | *Counsel for Defendants* |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I electronically filed the foregoing **NOTICE OF SETTLEMENT** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record:

Respectfully submitted, this 22nd day of February, 2024

*/s/ Franklin T. Coleman, IV*
Franklin T. Coleman, IV
GA Bar No. 177580

Drew Eckl Farnham
1604 W. Third Avenue
Albany, GA 31707
Tel.: (229) 431-3036
colemanf@deflaw.com